**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Roz Saedi, individually and on behalf
of all others similarly situated,

       Plaintiff,

  -against-             24 **CIVIL** 3893 (DLC)

                     **JUDGMENT**

Coterie Baby, Inc.,

       Defendant.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 03, 2024, motion to dismiss is GRANTED for lack of standing. The FAC is dismissed without prejudice and the case is closed.

**Dated:**  New York, New York
   October 04, 2024

                  **DANIEL ORTIZ**
                 _____
                  **Acting Clerk of Court**

         **BY:**
              _____
                 **Deputy Clerk**